LYDER, Respondent, v. MURRAY, Appellant. (Supreme Court, Appellate Division, First Department. December 22, 1911.) Action by Robert Lyder, an infant, against William J. Murray. C. J. Gleason, for appellant. J. A. O'Leary, for respondent.

PER CURIAM. Judgment and order affirmed, with costs. Order filed.

INGRAHAM, P. J., and SCOTT, J., dissent.

LYNCH, Respondent, v. RICHMOND LIGHT & R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. December 28, 1911.) Action by Kathryn Lynch against the Richmond Light & Railroad Company. No opinion. Judgment and order unanimously affirmed, with costs.

McCANN, Respondent, v. BOARD OF SUP'RS OF ALBANY COUNTY et al., Appellants. (Supreme Court, Appellate Division, Third Department. December 28, 1911.) Application by Henry J. McCann for an order directing the issuance of peremptory writ of mandamus against the Board of Supervisors of Albany County and the clerk thereof. No opinion. Order unanimously affirmed, with costs.

In re McCLELLAN et al. (Supreme Court, Appellate Division, Second Department. December 8, 1911.) In the matter of the petition of George B. McClellan and others in relation to lands at Joralemon and Furman Streets, etc. No opinion. Motion granted, and Darwin R. James appointed commissioner, in the place and stead of Theodore B. Gates, deceased. See, also, 131 N. Y. Supp. 633.

In re McCLELLAN. CITY OF NEW YORK v. NEW YORK DRY DOCK CO. et al. (Supreme Court, Appellate Division, Second Department. January 12, 1912.) In the matter of the petition of George B. McClellan, etc. Action by the City of New York against the New York Dry Dock Company and others. No opinion. Motion for leave to appeal to the Court of Appeals granted, and questions certified. Settle order before the Presiding Justice. For former opinion, see 131 N. Y. Supp. 633. See, also, supra.

In re McDERMOTT. (Supreme Court, Appellate Division, Second Department. December 8, 1911.) In the matter of the judicial settlement of the account of Charles E. McDermott, as administrator, etc., of John McDermott, deceased. No opinion. Reargument ordered, and cause set down for Wednesday, January 10, 1912.

McDONNELL, Appellant, v. METROPOLITAN BRIDGE & CONSTRUCTION CO., Respondent. (Supreme Court, Appellate Division, Second Department. January 12, 1912.) Action by Annie McDonnell, as administratrix, etc., of James J. McDonnell, deceased, against the Metropolitan Bridge & Construction Company. No opinion. Judgment unanimously affirmed, with costs, on the authority of McDonnell v. Metropolitan Bridge & Construction Co., 131 App. Div. 301, 115 N. Y. Supp. 865. See, also, 133 App. Div. 931, 118 N. Y. Supp. 1122.

McGEE, Appellant, v. NASSAU ELECTRIC R. CO., Respondent. (Supreme Court, Appellate Division, Second Department. December 21, 1911.) Action by Elizabeth McGee against the Nassau Electric Railroad Company. No opinion. Judgment and order unanimously affirmed with costs.

MACIOCE, Appellant, v. JOHNSTON, Respondent. (Supreme Court, Appellate Division, Second Department. November 24, 1911.) Action by Nicolina Macioce, as administratrix, etc., of Framanio Macioce, deceased, against William A. Johnston. No opinion. Judgment and order unanimously affirmed, with costs.

McKEE, Appellant, v. CITY OF NEW YORK, Respondent. (Supreme Court, Appellate Division, Second Department. January 12, 1912.) Action by Nora Lowe McKee against the City of New York. No opinion. Motion for reargument denied, without costs. See, also, 135 App. Div. 829, 120 N. Y. Supp. 149; 145 App. Div. 943, 130 N. Y. Supp. 1119.

McKEOWN & McBURNIE, Respondents, v. ROTH, Appellant. (Supreme Court, Appellate Division, First Department. December 22, 1911.) Action by McKeown & McBurnie against Richard Roth. J. Macgregor, for appellant. C. Goldzier, for respondents. No opinion. Judgment and order affirmed, with costs. Order filed.

MACK PAVING CO. OF NEW YORK v. CITY OF NEW YORK. BARBER ASPHALT CO. v. SAME. (Supreme Court, Appellate Division, First Department. December 22, 1911.) Actions by the Mack·Paving Company of New York and by the Barber Asphalt Company against the City of New York. L. L. Kellogg, for appellants. T. Farley, for respondent. No opinions. Judgments affirmed, with costs, on Mack Paving Co. v. City, 142 App. Div. 702, 127 N. Y. Supp. 738. Orders filed. See, also, 142 App. Div. 715, 127 N. Y. Supp. 746.

McLELLAN et al., Respondents, v. COOLIDGE, Appellant, et al. (Supreme Court, Appellate Division, First Department. December 22, 1911.) Action by John A. McLellan and others against Henry Coolidge, impleaded with others. T. Daly, for appellant. H. S. Marshall, for respondents. No opinion. Judgment and order affirmed, with costs. Order filed.

McMANUS, Appellant, v. H. C. MURCEREAU CO., Respondent. (Supreme Court, Ap-